UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:06CR00381-15 JLH |
| | ) | |
| GRACIELA VEGA-PRADO | ) | |
| | ) | |

ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed without prejudice.

SO ORDERED this 22 Day of April, 2008.

J. Leon Holmes
Chief United States District Judge